# United States District Court
# For The Western District of North Carolina
# Asheville Division

Willard Warren ,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                              1:10-cv-00247

Alvin Keller and
Clifford Johnson,

       Respondent(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/11/11 Memorandum of Decision and Order.

                                                   Signed: October 11, 2011

Frank G. Johns, Clerk
United States District Court